**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **THEODORE R. WILSON,** <br><br>               **Plaintiff,** <br><br>       **v.** <br><br> **TIMOTHY COX,** <br><br>       **and** <br><br> **UNITED STATES OF AMERICA,** <br><br>               **Defendants.** |

**Civil Action 06-1585  (RCL)**

**JUDGMENT**

Pursuant to FED. R. CIV. P. 58 and for the reasons set forth in the accompanying memorandum opinion docketed this same day, it is hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of defendants Timothy Cox and United States of America.

This case now standings **DISMISSED WITH PREJUDICE**.  This is a final, appealable order.  *See* Federal Rule of Appellate Procedure 4(a).


Signed on December 5, 2011 by Chief Judge Royce C. Lamberth.